IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF** 2015 Silver Dodge R15, VIN 1D7HU18DX4J294842, bearing Montana license tag **DZV 475** registered ARNULFO BETANCOURT, DOB 05/28/1973, 2060 MUDDY CREEK ROAD, LAME DEER MT 59043 | Case No. MJ-25-63-BLG-TJC<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

1. I, Jennifer Duke, being first duly sworn, hereby depose and state as follows:

#### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the 2015 silver Dodge R15, VIN 1D7HU18DX4J294842, bearing Montana license plate DZV 475 and registered to Arnolfo Betancourt (DOB 05/28/1973), 2060 Muddy Creek Road, Lame Deer, MT 59043. As set forth below, I respectfully submit that there is probable cause to believe that the vehicle contains evidence of a violation of Title 18, United States Code, Sections 1153(a) and 2242 (Sexual Abuse)

2. I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since September 2021. I previously worked in the Portland Division, Pendleton Resident Agency, and now am currently assigned to the Salt Lake City Division, Billings, MT Resident Agency. I received 21 weeks of training at the FBI Academy in Quantico, Virginia, where I learned about investigating violations of federal law, including violent crimes. My responsibilities include the investigation of federal criminal offenses, such as robbery, firearms violations, assault, violent crimes, sex crimes, child exploitation matters,

and crimes on Native American reservations. Before joining the FBI, I investigated counterintelligence threats for the Department of Defense. I have interviewed suspects, participated in search warrants, collected and reviewed evidence, analyzed electronic devices and location data, requested legal process, and testified before the grand jury and in trial.

3.     As a federal agent, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 25, United States Code, Section 2803. I am authorized to investigate violations of laws of the United States and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

4.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## PURPOSE OF AFFIDAVIT

1.     Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. §§ 1153(a) and 2242 (Sexual Abuse) ("the Target Offense" herein) has been committed, are being committed, and/or will be committed by Betancourt and other persons as yet to be determined. There is also probable cause to search Betancourt for evidence of these crimes including buccal swabs to obtain his DNA as further described in Attachment B.

   a. Description of the property to be searched: 2015 silver Dodge R15, VIN 1D7HU18DX4J294842, bearing Montana license plate DZV 475 and registered to Arnolfo Betancourt (DOB 05/28/1973), 2060 Muddy Creek Road, Lame Deer, MT 59043, as further described in Attachment A.

## PROBABLE CAUSE

2.      The United States, including the Federal Bureau of Investigation, is conducting a criminal investigation of Arnulfo Betancourt and other persons regarding violations of the Target Offense described above.

3.      On June 10, 2025, ADULT WITNESS 2, or AW2, reported to investigators that on the night of Friday, May 30, 2025, DOE, went to the Jim Town Bar, located in Forsyth, Montana just outside the exterior boundaries of the Northern Cheyenne Indian Reservation. DOE was with ADULT WITNESS 1, or AW1, and AW2. DOE, AW1, and AW2 stayed in the Jim Town Bar until it closed at approximately midnight. When DOE, AW1, and AW2 left the bar, AW2 reported there was a gray truck and "they followed us" when AW2 pulled out of the parking lot.

4.      As AW2 was driving, AW1 and DOE started fighting each other. AW2 was driving on the highway a little further away from Jim Town Bar. AW2 was trying to make them stop fighting and pulled off to the side of the road. AW2 pulled off a little after Georgian and Kellum, located within the exterior boundaries of the Northern Cheyenne Indian Reservation. When AW2 pulled off the side of the road, the truck behind them followed and pulled off too.

5.      The man driving the grey truck was Arnulfo [later identified as Arnulfo BETANCOURT]. BETANCOURT does not speak English well. AW2 saw BETANCOURT at Jim Town Bar.

6.      After pulling off the road, AW2 got out of the car and AW1 and DOE stayed in the car fighting. AW2 said, "I can't separate these girls". BETANCOURT jumped into AW2's car behind the driver's seat. BETANCOURT told the girls to separate and "knock it off". DOE got out of the front passenger seat. AW2 thought they were done fighting. DOE then opened AW1's door in the back passenger seat and started fighting again with AW1.

7. When AW2 pulled her car over on the side of the road, BETANCOURT was the only one in his truck. BETANCOURT got out of his truck and approached AW2. AW2 had seen BETANCOURT earlier at Jim Town Bar. BETANCOURT never drinks alcohol and only drinks pop. AW2 doesn't know why BETANCOURT followed her from Jim Town Bar back towards town. BETANCOURT drives a grey truck. DOE got in BETANCOURT's truck to get a ride home.

8. After DOE got into BETANCOURT's truck, AW2 left. AW2 left before BETANCOURT left and didn't see where BETANCOURT drove next.

9. Two days later, DOE told AW2 that she remembers getting into BETANCOURT's truck and putting her head down to sleep.

10. On May 31, 2025, I learned DOE recalled that BETANCOURT's[1] voice sounded like one of AW1's co-workers but does not know who he is. DOE recalled that BETANCOURT knew DOE's name, calling her "[full first name]" and saying "get up, I'll take you home." What stood out to DOE was that only her family calls her "[full first name]," others call her "[abbreviated first name]."

11. DOE said her head was hurting. The next thing DOE remembers is feeling "heavy pressure" on top of her and BETANCOURT telling her to "be quiet." DOE tried to push BETANCOURT off. When DOE saw car lights in the distance, BETANCOURT put his hand over her mouth and told her to be quiet. DOE next remembers waking up in her driveway.

12. When DOE woke up, she called her cousin, AW3, at 1:52am. DOE told AW3 that she was sore, which is when DOE realized that she did not have any underwear on, and her gym shorts were pulled down below her knees. DOE then called 911.

---

[1] During the initial, and subsequent, interviews with AV, AV was unable to identify the male subject who is known to investigators as Arnulfo BETANCOURT. For the ease of reading, the male subject, while not know to AV, will be referred to as BETANCOURT for the purposes of this affidavit.

13. DOE claims that her vagina and anus were both sore. DOE believes BETANCOURT ejaculated but is not sure where it occurred.

14. At 2:02am, "right before the cops showed up," DOE texted her boss, AW4, informing AW4, that she had been sexually assaulted. Below, for the court's review, is n photograph taken of AW4's phone memorializing the initial outcry message from DOE to AW4:



15. DOE described BETANCOURT as a Native male, "maybe" between 40s and 50s in age, 5'5" or 5'6" in height, muscular/heavy-set body, buzz cut style hair and smelled of "heavy cologne." DOE described BETANCOURT's vehicle as a silver 4-door truck with the kind of doors wherein the front door needs to be opened first to then open the back door, as both doors swung outward from each other. DOE recalls the truck was clean inside.

16. On June 3, 2025, the Sexual Assault Nurse Examiner, AW5, informed me that DOE was missing her underwear.

17. AW5 observed bruises on DOE, and a "large amount" of what appeared to be discharge of a bodily fluid. DOE reported to AW5 that DOE may have scratched BETANCOURT's shoulder. AW5 swabbed underneath DOE fingernails. DOE reported to AW5 that vaginal penetration had occurred by BETANCOURT's penis. AW5 determined BETANCOURT ejaculated inside DOE, further noting during the exam "a large glob of secretion brown and gold in color."

18. On June 3, 2025, I reviewed surveillance footage provided by AW6 at the Jim Town Bar from the night of the alleged assault. I identified a silver truck parked in the front of Jim Town which matched the description of the vehicle provided by DOE. Further review of the footage identified an adult male as the driver. The adult male appeared to match the description, provided by DOE, of the individual who assaulted DOE on May 31, 2025. AW6 identified the male as BETANCOURT.[2] BETANCOURT comes to Jim Town Bar every day, but does not drink, and does not say much. Below, for the court's review, is a screenshot taken from surveillance footage provided by AW6 wherein BETANCOURT is identified as the adult male sitting next to DOE:

---

[2] During the interview with AW6, AW6 only knew BETANCOURT by his first name, "Arnulfo." However, because Arnulfo is known to investigators as Arnulfo BETANCOURT, and for the ease of reading, Arnulfo will be referred to as BETANCOURT for the purposes of this affidavit.



19. In the cursory review of the footage, I observed DOE leave Jim Town Bar at approximately 12:29am MST on Saturday, May 31, 2025, in a large SUV with AW1 and AW2. BETANCOURT also departs the parking lot at 12:29am MST, following the SUV in which DOE was riding. Both vehicles turn left out of the bar, traveling south on MT-39 toward Lame Deer, MT.

20. On June 11, 2025, AW7 informed investigators that on May 31, 2025, AW7 checked in on DOE to make sure she got home from Jim Town Bar. DOE had called AW7 crying and said, "I just got sexually assaulted." DOE told AW7 that she woke up outside her house. DOE's shirt was slightly off, and DOE had no undies on. DOE described that she had pain "down there". DOE said she woke up with the pain. AW7 asked DOE to keep her updated. Below, for the court's review, are photographs taken from AW7's phone:




21.     AW7 had been at Jim Town Bar the night of May 30, 2025. AW7 was watching the pool players and could see AW1 and DOE at the bar counter. AW7 thought "Jesus, these girls are really drunk". AW7 thought BETANCOURT was trying to get something to go down with DOE. AW7 thought, "I hope he doesn't try taking her home". AW7 only saw BETANCOURT buy drinks for AW1 and DOE. DOE was just sitting at the bar talking and BETANCOURT was rubbing her leg in the inner thigh. DOE turned to the opposite direction and looked uncomfortable.

22.     DOE called AW7 through Facebook Messenger "bawling her eyes out" and trying to talk. DOE told AW7, she "got sexually assaulted". AW7 said, "Man, you can't trust anyone". DOE said, "I was so drunk".

23.     AW7 said, "He should know better". DOE told AW7 that BETANCOURT was the one who sexually assaulted her. DOE said it "makes me feel ugly". AW7 told DOE, "he shouldn't have done that." AW7 believes that when BETANCOURT saw DOE fall in Jim Town Bar and turned back around, he was "probably plotting in his head". DOE told AW7 that she thinks she got sexually assaulted in his truck.

24.     AW7 reported that BETANCOURT lives in a trailer in Muddy Creek on AW8's land and drives a silver Dodge truck.

25.     I have obtained a Certificate of Indian Blood for DOE, showing enrollment in the Northern Cheyenne Indian Tribe, a federally recognized tribe. The assault took place near Lame Deer, MT, within the exterior boundaries of the Northern Cheyenne Indian Reservation.

## CONCLUSION

26. Based on the foregoing, I submit that there is probable cause that Betancourt is the individual who has committed violation a violation of 18 U.S.C. §§ 1153(a) and 2242 (Sexual Abuse), and in light of the above information, there is probable cause to believe that evidence of commission of the Target Offense will be located in Betancourt's vehicle.

27. I therefore request that the attached warrant be issued authorizing the search of Betancourt's vehicle.

6/30/2025

Respectfully submitted,
Jennifer Duke
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on _____June 30_____, 2025

_____
UNITED STATES MAGISTRATE JUDGE